IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00558-LTB

WILLIAM E. MERRITT,

    Plaintiff,

v.

SOCIAL SECURITY DISABILITY,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 27, 2015, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 27 day of April, 2015.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ T.Schaffer
            Deputy Clerk